Commonwealth *v.* Cox, Appellant.

Submitted March 19, 1973. *Edward F. Browne, Jr.,* Assistant Public Defender, for appellant; *Ronald L. Buckwalter,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Geisler, Appellant.

Submitted April 12, 1973. *Leonard A. Costa, Jr.,* for appellant; *Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.